```
                               United States Bankruptcy Court
                               Middle District of Pennsylvania
In re:                                                              Case No. 17-00280-RNO
Stacey Snyder                                                       Chapter 13
        Debtor                        CERTIFICATE OF NOTICE

District/off: 0314-1         User: CGambini             Page 1 of 1                 Date Rcvd: Mar 03, 2017
                             Form ID: ntnew341          Total Noticed: 18


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 05, 2017.
db          +Stacey Snyder,    220 Country Ridge Drive,    Red Lion, PA 17356-8866
4876959     +Barclays Bank Delaware,    100 S West St,    Wilmington, DE 19801-5015
4882517     +Columbia Gas,    121 Champion Way,    Suite 100,    Canonsburg PA 15317-5817
4882519      Geico,    ATTN: Region 1 Return Policy Work,    PO Box 9500,    Fredericksburg VA 22403-9500
4876961     +Jesse Eugene Haugh,    814 Taylor Road,    Windsor, PA 17366-9121
4876958     +Nathan Snyder,    612 Bartlett Drive,    Dallastown, PA 17313-9442
4886070     +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4876962     +PayPal Credit,    P.O. Box 5018,    Lutherville Timonium, MD 21094-5018
4882521     +Penn Waste,    85 Brick Yard Road,    Manchester PA 17345-9204
4876963     +Pnc Mortgage,    Po Box 8703,    Dayton, OH 45401-8703
4882522     +Red Lion Municipal Water,    11 E. Broadway,    Red Lion PA 17356-1401
4876965    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
             (address filed with court: Toyota Motor credit Corp,    Po Box 8026,   Cedar Rapids, IA 52408)
4886796     +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4876960     +E-mail/Text: csd1clientservices@cboflanc.com Mar 03 2017 18:58:43
              Credit Bureau of Lancater County, Inc,    Po Box 1271,    Lancater, PA 17608-1271
4882518     +E-mail/Text: EBNProcessing@afni.com Mar 03 2017 18:58:39      DirecTV,   c/o AFNI, Inc,
              1310 Martin Luther King Drive,    Bloomington IL 61701-1465
4882520     +E-mail/Text: bankruptcy@firstenergycorp.com Mar 03 2017 18:58:37      Met Ed,
              c/o First Energy Corp,    76 South Main Street,    Akron OH 44308-1812
4876964     +E-mail/Text: Supportservices@receivablesperformance.com Mar 03 2017 18:58:45
              Receivables Performance Mgmt,    Attn: Bankruptcy,    Po Box 1548,   Lynnwood, WA 98046-1548
4876966     +E-mail/Text: kleicht@whiterosecu.com Mar 03 2017 18:58:49      White Rosecu,   1529 Rodney Road,
              York, PA 17408-9716
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*         +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4886818*     +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2017                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 3, 2017 at the address(es) listed below:
          Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
          Dawn Marie Cutaia    on behalf of Debtor Stacey  Snyder dmcutaia@gmail.com, cutaialawecf@gmail.com
          James Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                            TOTAL: 4
```

ntnew341 (12/14)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Stacey Snyder
fka Stacey Hall
Debtor(s)

Chapter 13

Case No. 1:17−bk−00280−RNO

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors in the above−referenced case has been rescheduled to:

| Ronald Reagan Federal Building, Trustee Hearing Rm, Rm. 1160, 11th Floor, 228 Walnut Street, Harrisburg, PA 17101 | Date: April 27, 2017<br>Time: 09:00 AM |
|---|---|

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court
Ronald Reagan Federal Building
PO Box 908
Harrisburg, PA 17108
(717) 901−2800

**For the Court:**
Clerk of the Bankruptcy Court:
Terrence S. Miller
By: CGambini

Hours Open: Monday − Friday 9:00 AM − 4:00 PM

Date: March 3, 2017