```
                        United States Bankruptcy Court
                         Middle District of Pennsylvania

In re:                                                    Case No. 17-00280-RNO
Stacey Snyder                                             Chapter 13
             Debtor
                          CERTIFICATE OF NOTICE

District/off: 0314-1          User: DDunbar      Page 1 of 1          Date Rcvd: May 09, 2017
                              Form ID: ntcnfhrg  Total Noticed: 23
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 11, 2017.
```
db            +Stacey Snyder,   220 Country Ridge Drive,   Red Lion, PA 17356-8866
4898384       +Andrew J. Miller, Esq.,   137 E Philadelphia St,   York, PA 17401-2424
4876959       +Barclays Bank Delaware,   100 S West St,   Wilmington, DE 19801-5015
4915898      ++COLUMBIA GAS,   290 W NATIONWIDE BLVD 5TH FL,   BANKRUPTCY DEPARTMENT,   COLUMBUS OH 43215-4157
               (address filed with court: Columbia Gas of PA,   PO Box 117,   Columbus, OH  43216)
4882517       +Columbia Gas,   121 Champion Way,   Suite 100,   Canonsburg PA 15317-5817
4882519        Geico,   ATTN: Region 1 Return Policy Work,   PO Box 9500,   Fredericksburg VA 22403-9500
4876961       +Jesse Eugene Haugh,   814 Taylor Road,   Windsor, PA 17366-9121
4876958       +Nathan Snyder,   612 Bartlett Drive,   Dallastown, PA 17313-9442
4886070       +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
4876962       +PayPal Credit,   P.O. Box 5018,   Lutherville Timonium, MD 21094-5018
4882521       +Penn Waste,   85 Brick Yard Road,   Manchester PA 17345-9204
4897233       +Penn Waste,   PO Box 3066,   York, PA 17402-0066
4876963       +Pnc Mortgage,   Po Box 8703,   Dayton, OH 45401-8703
4898385       +Red Lion Municipal Authority,   137 E Philadelphia St,   York, PA 17401-2424
4882522       +Red Lion Municipal Water,   11 E. Broadway,   Red Lion PA 17356-1401
4876965      ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Motor credit Corp,   Po Box 8026,   Cedar Rapids, IA 52408)
4886796       +Toyota Motor Credit Corporation,   PO Box 9013,   Addison, Texas 75001-9013
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4913835       +E-mail/Text: bncmail@w-legal.com May 09 2017 18:59:08     COMENITY CAPITAL BANK,
               C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
4876960       +E-mail/Text: csdlclientservices@cboflanc.com May 09 2017 18:59:15
               Credit Bureau of Lancater County, Inc,   Po Box 1271,   Lancater, PA 17608-1271
4882518       +E-mail/Text: EBNProcessing@afni.com May 09 2017 18:59:08     DirecTV,   c/o AFNI, Inc,
               1310 Martin Luther King Drive,   Bloomington IL 61701-1465
4882520       +E-mail/Text: bankruptcy@firstenergycorp.com May 09 2017 18:59:06     Met Ed,
               c/o First Energy Corp,   76 South Main Street,   Akron OH 44308-1812
4876964       +E-mail/Text: Supportservices@receivablesperformance.com May 09 2017 18:59:20
               Receivables Performance Mgmt,   Attn: Bankruptcy,   PO Box 1548,   Lynnwood, WA 98046-1548
4876966       +E-mail/Text: kleicht@whiterosecu.com May 09 2017 18:59:27     White Rosecu,   1529 Rodney Road,
               York, PA 17408-9716
                                                                               TOTAL: 6
```

```
         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
4886818*      +Toyota Motor Credit Corporation,   PO Box 9013,   Addison, Texas 75001-9013
                                                             TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2017                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 9, 2017 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,   TWecf@pamd13trustee.com
              Dawn Marie Cutaia   on behalf of Debtor Stacey  Snyder dmcutaia@gmail.com,
                cutaialawecf@gmail.com;r46159@notify.bestcase.com
              James Warmbrodt   on behalf of Creditor   Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              James Warmbrodt   on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                       TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Stacey Snyder
fka Stacey Hall
Debtor(s)

Chapter       13

Case No.     1:17−bk−00280−RNO

## Notice

The confirmation hearing has been scheduled for the Debtor and Joint Debtor on the date indicated below.

A deadline of **June 7, 2017** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: June 28, 2017<br><br>Time: 10:00 AM |
| --- | --- |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>PO Box 908<br>Harrisburg, PA 17108<br>(717) 901−2800 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Terrence S. Miller<br>By: DDunbar |
| --- | --- |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: May 9, 2017 |