

To: Bankruptcy Clerk

From: Dawn Cutaia

Re: Stacey Snyder

Docket: 17-280

Kindly remove the following creditor from the matrix; he was added by mistake and is not an actual creditor:

Nathan Snyder
612 Bartlett Drive
Dallastown PA 17313

Thank you.

*115 E. Philadelphia Street, York, PA 17401 • Telephone: 717.718.5199 • Facsimile: 866.563.0854*
*Dawn M. Cutaia, Esquire • Carolyn J. Pugh, Esquire (Of Counsel)*
www.freshstartyork.com

Case 1:17-bk-00280-RNO    Doc 27    Filed 06/07/17    Entered 06/07/17 15:26:23    Desc
Main Document    Page 1 of 1