UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: STACEY SNYDER

CASE NO: 1:17-bk-00280

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13
ECF Docket Reference No.
Judge:
Hearing Location:
Hearing Date:
Hearing Time:
Response Date:

On 7/3/2017, I did cause a copy of the following documents, described below,

Notice of Hearing date and objection deadline and first amended plan,

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

DATED: 7/3/2017

/s/ Dawn Cutaia
Dawn Cutaia  77965
Cutaia Law, LLC
115 E Philadelphia St
York, PA  17401
717 304 1841
cutaialaw@gmail.com

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: STACEY SNYDER

CASE NO: 1:17-bk-00280

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13
ECF Docket Reference No.
Judge:
Hearing Location:
Hearing Date:
Hearing Time:
Response Date:

On 7/3/2017, a copy of the following documents, described below,

Notice of Hearing date and objection deadline and first amended plan,

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/3/2017

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Cutaia Law, LLC
Dawn Cutaia
115 E Philadelphia St
York, PA  17401

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

*CASE INFO*

1  LABEL MATRIX FOR LOCAL NOTICING
03141
CASE 1-17-BK-00280-RNO
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG
MON JUL 3 14-01-15 EDT 2017

2  ATT MOBILITY II LLC
ATT SERVICES INC
KAREN A CAVAGNARO LEAD PARALEGAL
ONE ATT WAY SUITE 3A104
BEDMINSTER NJ 07921-2693

3  ANDREW J MILLER ESQ
137 E PHILADELPHIA ST
YORK PA 17401-2424

4  BARCLAYS BANK DELAWARE
100 S WEST ST
WILMINGTON DE 19801-5015

5  COMENITY CAPITAL BANK
C O WEINSTEIN  RILEY PS
2001 WESTERN AVENUE STE 400
SEATTLE WA 98121-3132

6  COLUMBIA GAS
121 CHAMPION WAY
SUITE 100
CANONSBURG PA 15317-5817

7  COLUMBIA GAS
290 W NATIONWIDE BLVD 5TH FL
BANKRUPTCY DEPARTMENT
COLUMBUS OH 43215-4157

8  CREDIT BUREAU OF LANCATER COUNTY
INC
PO BOX 1271
LANCATER PA 17608-1271

*EXCLUDE*

9  ~~DAWN MARIE CUTAIA~~
~~CUTAIA LAW LLC~~
~~115 EAST PHILADELPHIA STREET~~
~~YORK~~
~~YORK PA 17401-2437~~

10  CHARLES J DEHART III TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036-8625

11  DIRECTV
CO AFNI INC
1310 MARTIN LUTHER KING DRIVE
BLOOMINGTON IL 61701-1465

12  DIRECTV LLC
BY AMERICAN INFOSOURCE LP AS AGENT
4515 N SANTA FE AVE
OKLAHOMA CITY OK 73118-7901

13  GEICO
ATTN REGION 1 RETURN POLICY WORK
PO BOX 9500
FREDERICKSBURG VA 22403-9500

14  JESSE EUGENE HAUGH
814 TAYLOR ROAD
WINDSOR PA 17366-9121

15  MET ED
CO FIRST ENERGY CORP
76 SOUTH MAIN STREET
AKRON OH 44308-1812

16  MET ED
FIRSTENERGY
101 CRAWFORDS CORNER RD
BLDG 1 STE 1-511
HOLMDEL NJ 07733-1900

17  PNC MORTGAGE A DIVISION OF PNC
BANK NA
ATTN BANKRUPTCY
3232 NEWMARK DRIVE
MIAMISBURG OH 45342-5421

18  PRA RECEIVABLES MANAGEMENT LLC
PO BOX 41021
NORFOLK VA 23541-1021

19  PAYPAL CREDIT
PO BOX 5018
LUTHERVILLE TIMONIUM MD 21094-5018

20  PENN WASTE
85 BRICK YARD ROAD
MANCHESTER PA 17345-9204

21  PENN WASTE
PO BOX 3066
YORK PA 17402-0066

22  PNC MORTGAGE
PO BOX 8703
DAYTON OH 45401-8703

23  PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

24  RECEIVABLES PERFORMANCE MGMT
ATTN BANKRUPTCY
PO BOX 1548
LYNNWOOD WA 98046-1548

*DEBTOR*

25  RED LION MUNICIPAL AUTHORITY
137 E PHILADELPHIA ST
YORK PA 17401-2424

26  RED LION MUNICIPAL WATER
11 E BROADWAY
RED LION PA 17356-1401

27  STACEY SNYDER
220 COUNTRY RIDGE DRIVE
RED LION PA 17356-8866

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
28  TOYOTA MOTOR CREDIT CORPORATION     29  TOYOTA MOTOR CREDIT CORPORATION     30  UNITED STATES TRUSTEE
    PO BOX 9013                             PO BOX 8026                             228 WALNUT STREET SUITE 1190
    ADDISON TEXAS 75001-9013                CEDAR RAPIDS IA 52408-8026              HARRISBURG PA 17101-1722



31  JAMES WARMBRODT                      32  WHITE ROSECU
    701 MARKET STREET SUITE 5000            1529 RODNEY ROAD
    PHILADEPHIA PA 19106-1541               YORK PA 17408-9716
```