# UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Stacey Snyder fka Stacey Hall | |
| Debtor(s) | BK. NO. 17-00280 RNO |
| Toyota Motor Credit Corporation | CHAPTER 13 |
| Movant | |
| v. | |
| Stacey Snyder fka Stacey Hall | |
| Debtor/Respondent | |
| and | |
| Jesse E. Haugh | |
| Additional Respondent | |
| And | |
| Charles J. DeHart, III Esq., Trustee | |
| Additional Respondent | |

Debtor's Answer to Motion for Relief from Stay

AND NOW, this 30th day of July, 2017, the Debtor, by and through her attorney, files this Answer to Motion for Relief from Stay and in support thereof states the following:

1. Admitted.
2. Admitted.
3. Admitted.
4. Admitted.
5. Admitted.
6. Admitted.
7. Admitted.
8. Denied. Debtor just lost her job and she should be given a reasonable amount of time for her

unemployment compensation award to begin.

9. No response required as this is a request for relief.

WHEREFORE, Debtor respectfully requests this Honorable Court deny Movant's Motion for Relief and allow Debtor an opportunity to either catch up on the post-petition arrears outside the plan, or through the plan.

Respectfully Submitted:

/s/ Dawn M. Cutaia
Attorney for Debtor
Cutaia Law, LLC
115 E. Philadelphia Street
York, PA 17401
717-304-1841
dmcutaia@gmail.com