# LOCAL BANKRUPTCY FORM 9013-3

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE:**
Stacey Snyder

**Debtor(s)**
Toyota Motor Credit Corp

**Plaintiff(s)/Movant(s)**
vs.
Stacey Snyder

**Defendant(s)/Respondent(s)**

CHAPTER 13

CASE NO. 1-17-bk-280-RNO

ADVERSARY NO. __-__-ap-_____
(if applicable)

Nature of Proceeding: _____
MFR Tundra

Document #: 33

## REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE[1]

    This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

    The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.[2]

Reason for the continuance.

The parties are attemping to resolve this matter via a stipulation. An agreement to continue was not reached until August 23, 2017, so this request was not able to be filed 24 hours in advance, so Counsel for Debtor will be presend via court call on August 24, 2017 to report the request for a continuance.

    Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: 8/23/2017

/s/ Dawn M. Cutaia

Attorney for Debtor
Name: Stacey Snyder
Phone Number: 717-304-1841

---

[1] No alterations or interlineations of this document are permitted.

[2] If this is not a first request for a continuance, then a Motion to Continue must be filed.