UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Stacey Snyder fka Stacey Hall<br>          Debtor<br><br>PNC Bank, National Association<br>          Movant<br>    v.<br>Stacey Snyder fka Stacey Hall<br>          Debtor<br>    and<br>Charles J. DeHart, III Esq.<br>          Trustee | BK. NO. 17-00280 RNO<br><br>CHAPTER 13 |

**ANSWER TO MOTION OF PNC Bank, National Association FOR RELIEF FROM THE AUTOMATIC STAY UNDER SECTION 362**

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted.

7. Admitted. By way of further answer, Debtor was laid off and briefly unemployed. She is now working again and can catch up on her mortgage payments.

8. No response necessary.

WHEREFORE, Debtor respectfully requests this Honorable Court deny the Motion for Relief from Stay.

Date: 9/13/2017          /s/ Dawn M. Cutaia
                 Attorney for Debtor
                 717-304-1841
                 dmcutaia@gmail.com