```
                         United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                          Case No. 17-00280-HWV
Stacey Snyder                                                   Chapter 13
       Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0314-1          User: CGambini            Page 1 of 1         Date Rcvd: Nov 20, 2017
                              Form ID: pdf010           Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2017.
        +Jesse E Haugh,   814 Taylor Road,   Windsor, PA 17366-9121

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2017                                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2017 at the address(es) listed below:
           Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
           Dawn Marie Cutaia   on behalf of Debtor 1 Stacey Snyder dmcutaia@gmail.com,
            cutaialawecf@gmail.com;r46159@notify.bestcase.com
           James Warmbrodt   on behalf of Creditor   Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
           James Warmbrodt   on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
           United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                                                                                             TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Stacey Snyder f/k/a Stacey Hall <br>     Debtor <br><br> Toyota Motor Credit Corporation <br>     Movant <br> vs. <br><br> Stacey Snyder f/k/a Stacey Hall <br>     Respondent <br> and <br><br> Jesse E. Haugh <br> Charles J. DeHart, III, Trustee <br>     Additional Respondents | CHAPTER 13 <br><br><br> NO. 17-00280 HWV <br><br><br> 11 U.S.C. Section 362 |

**ORDER**

Upon consideration of the foregoing stipulation, it is hereby

**ORDERED** that the Stipulation is **APPROVED** by the Court; and it is further

**ORDERED** that the Court retains discretion regarding entry of any further order.

By the Court,

Henry W. Van Eck, Bankruptcy Judge (LS)

Dated: November 20, 2017