UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: STACEY J SNYDER | CASE NO: 1:17-bk-00280-HWV |
|---|---|
| | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 13 |

On 8/3/2018, I did cause a copy of the following documents, described below,

motion to sell real estate, notice for sale of rea estate, Contract Cost Estimate and Listing Agreement

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 8/3/2018

/s/ Dawn Cutaia
Dawn Cutaia
Pugh & Cutaia
115 E. Philadelphia St.
York, PA 17401
717 304 1841

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: STACEY J SNYDER | CASE NO: 1:17-bk-00280-HWV |
| | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 13 |

On 8/3/2018, a copy of the following documents, described below,

motion to sell real estate, notice for sale of rea estate, Contract Cost Estimate and Listing Agreement

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 8/3/2018

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Dawn Cutaia
Pugh & Cutaia
115 E. Philadelphia St.
York, PA 17401

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| CASE INFO | ATT MOBILITY II LLC | ANDREW J MILLER ESQ |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING | ATT SERVICES INC | 137 E PHILADELPHIA ST |
| 03141 | KAREN A CAVAGNARO LEAD PARALEGAL | YORK PA 17401-2424 |
| CASE 1-17-BK-00280-HWV | ONE ATT WAY SUITE 3A104 | |
| MIDDLE DISTRICT OF PENNSYLVANIA | BEDMINSTER NJ 07921-2693 | |
| HARRISBURG | | |
| FRI AUG 3 13-48-02 EDT 2018 | | |

| BARCLAYS BANK DELAWARE | COMENITY CAPITAL BANK | COLUMBIA GAS |
|---|---|---|
| 100 S WEST ST | C O WEINSTEIN RILEY PS | 121 CHAMPION WAY |
| WILMINGTON DE 19801-5015 | 2001 WESTERN AVENUE STE 400 | SUITE 100 |
| | SEATTLE WA 98121-3132 | CANONSBURG PA 15317-5817 |

| COLUMBIA GAS | CREDIT BUREAU OF LANCATER COUNTY INC | DAWN MARIE CUTAIA |
|---|---|---|
| 290 W NATIONWIDE BLVD 5TH FL | PO BOX 1271 | PUGH AND CUTAIA PLLC |
| BANKRUPTCY DEPARTMENT | LANCATER PA 17608-1271 | 115 E PHILADELPHIA STREET |
| COLUMBUS OH 43215-4157 | | YORK PA 17401-2437 |

| CHARLES J DEHART III TRUSTEE | DIRECTV | DIRECTV LLC |
|---|---|---|
| 8125 ADAMS DRIVE SUITE A | CO AFNI INC | BY AMERICAN INFOSOURCE LP AS AGENT |
| HUMMELSTOWN PA 17036-8625 | 1310 MARTIN LUTHER KING DRIVE | 4515 N SANTA FE AVE |
| | BLOOMINGTON IL 61701-1465 | OKLAHOMA CITY OK 73118-7901 |

| GEICO | JESSE EUGENE HAUGH | MET ED |
|---|---|---|
| ATTN REGION 1 RETURN POLICY WORK | 814 TAYLOR ROAD | CO FIRST ENERGY CORP |
| PO BOX 9500 | WINDSOR PA 17366-9121 | 76 SOUTH MAIN STREET |
| FREDERICKSBURG VA 22403-9500 | | AKRON OH 44308-1812 |

| MET ED | PNC MORTGAGE A DIVISION OF PNC BANK NA | PRA RECEIVABLES MANAGEMENT LLC |
|---|---|---|
| FIRSTENERGY | ATTN BANKRUPTCY | PO BOX 41021 |
| 101 CRAWFORDS CORNER RD | 3232 NEWMARK DRIVE | NORFOLK VA 23541-1021 |
| BLDG 1 STE 1-511 | MIAMISBURG OH 45342-5421 | |
| HOLMDEL NJ 07733-1976 | | |

| PAYPAL CREDIT | PENN WASTE | PENN WASTE |
|---|---|---|
| PO BOX 5018 | 85 BRICK YARD ROAD | PO BOX 3066 |
| LUTHERVILLE TIMONIUM MD 21094-5018 | MANCHESTER PA 17345-9204 | YORK PA 17402-0066 |

| PNC MORTGAGE | PORTFOLIO RECOVERY ASSOCIATES LLC | RECEIVABLES PERFORMANCE MGMT |
|---|---|---|
| PO BOX 8703 | PO BOX 41067 | ATTN BANKRUPTCY |
| DAYTON OH 45401-8703 | NORFOLK VA 23541-1067 | PO BOX 1548 |
| | | LYNNWOOD WA 98046-1548 |

| RED LION MUNICIPAL AUTHORITY | RED LION MUNICIPAL WATER | DEBTOR |
|---|---|---|
| 137 E PHILADELPHIA ST | 11 E BROADWAY | STACEY SNYDER |
| YORK PA 17401-2424 | RED LION PA 17356-1401 | 220 COUNTRY RIDGE DRIVE |
| | | RED LION PA 17356-8866 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| TOYOTA MOTOR CREDIT CORPORATION<br>PO BOX 9013<br>ADDISON TEXAS 75001-9013 | TOYOTA MOTOR CREDIT CORPORATION<br>CO BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 | TOYOTA MOTOR CREDIT CORPORATION<br>PO BOX 8026<br>CEDAR RAPIDS IA 52408-8026 |
|---|---|---|
| UNITED STATES TRUSTEE<br>228 WALNUT STREET SUITE 1190<br>HARRISBURG PA 17101-1722 | JAMES WARMBRODT<br>701 MARKET STREET SUITE 5000<br>PHILADEPHIA PA 19106-1541 | WHITE ROSECU<br>1529 RODNEY ROAD<br>YORK PA 17408-9716 |