**IN THE UNITED STATES BANKRUPTCY
COURT FOR THE MIDDLE DISTRICT OF
PENNSYLVANIA**

**IN RE:**                                          **CASE NO.1:17-bk-00280-HWV**

**Stacey J Snyder
Debtor**

**Stacey J Snyder**                                **CHAPTER 13**
**Movant**

      **v.**

**Charles J. DeHart, III, Esquire,**              **MOTION TO SELL REAL ESTATE**
**Trustee; PNC Mortgage, a division of
PNC Bank, NA
    Respondents**

## <u>ORDER</u>

      UPON consideration of the Motion for Approval of Sale, and it appearing that no Objection or Answer was filed to the Motion by the time set forth in an Order, good reason appearing therefore,

      IT IS FURTHER ORDERED AND DECREED that the relief prayed for in the Motion for Approval of Sale of Certain Property is hereby granted.  Furthermore, the mortgage held by PNC Mortgage shall be paid in full out of the proceeds of the sale.