```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                          Case No. 17-00280-HWV
Stacey Snyder                                                   Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: CGambini           Page 1 of 1            Date Rcvd: Aug 28, 2018
                              Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2018.
4930386        +PNC Mortgage, a division of PNC Bank, NA,    ATTN: Bankruptcy,   3232 Newmark Drive,    Miamisburg, OH 45342-5421

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2018                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 28, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Dawn Marie Cutaia    on behalf of Debtor 1 Stacey  Snyder dmcutaia@gmail.com,
               cutaialawecf@gmail.com;r46159@notify.bestcase.com
              James  Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5

IN THE UNITED STATES BANKRUPTCY
COURT FOR THE MIDDLE DISTRICT OF
PENNSYLVANIA

IN RE:                                              CASE NO.1:17-bk-00280-HWV

**Stacey J Snyder**
**Debtor**

**Stacey J Snyder**                                 CHAPTER 13
**Movant**

      v.

**Charles J. DeHart, III, Esquire,**                MOTION TO SELL REAL ESTATE
**Trustee; PNC Mortgage, a division of**
**PNC Bank, NA**
   **Respondents**

## ORDER

    UPON consideration of the Motion for Approval of Sale, and it appearing that no Objection or Answer was filed to the Motion by the time set forth in an Order, good reason appearing, it is hereby

    ORDERED that the relief prayed for in the Motion for Approval of Sale of Certain Property is hereby granted. Furthermore, the mortgage held by PNC Mortgage shall be paid in full out of the proceeds of the sale.

Dated: August 28, 2018        By the Court,

                                            *Henry W. Van Eck*
                                          Henry W. Van Eck, Bankruptcy Judge (KB)