UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: STACEY SNYDER
AKA: FKA STACEY HALL     CHAPTER 13

    Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 1-17-00280-HWV

STACEY SNYDER
AKA: FKA STACEY HALL

    Respondent(s)

## CERTIFICATION OF DEFAULT

AND NOW on August 2, 2019, comes Charles J DeHart, III, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- file a motion for wage attachment for payment of the regular monthly payment to the trustee within 30 days of stipulation.
- amend an existing wage attachment.
- make the regular monthly payments to the trustee during the remaining term of the plan.

As of August 2, 2019, the Debtor(s) is/are $4263.23 in arrears with a plan payment having last been made on Mar 13, 2019

In accordance with said stipulation, the case may be dismissed

Respectfully Submitted,
/s/ Liz Joyce
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: August 2, 2019

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: STACEY SNYDER
AKA: FKA STACEY HALL  CHAPTER 13

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
Movant

CASE NO: 1-17-00280-HWV

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on August 2, 2019, I served a copy of this Certification of Default on the following parties by 1st Class Mail, unless served electronically.

DAWN MARIE CUTAIA, ESQUIRE            SERVED ELECTRONICALLY
115 EAST PHILADELPHIA STREET
YORK, PA  17401-

STACEY SNYDER
2417 SCHULTZ WAY                      SERVED BY 1ST CLASS MAIL
YORK, PA  17402-4918

United States Trustee
228 Walnut Street
Suite 1190
Harrisburg, PA  17101                 SERVED ELECTRONICALLY

I certify under penalty of perjury that the foregoing is true and correct.

Dated: August 2, 2019

Respectfully submitted,
Liz Joyce
for Charles J. DeHart, III, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA  17036
Phone: (717) 566-6097
eMail: dehartstaff@pamd13trustee.com