```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                      Case No. 17-00280-HWV
Stacey Snyder                                               Chapter 13
         Debtor                CERTIFICATE OF NOTICE

District/off: 0314-1          User: CGambini              Page 1 of 2              Date Rcvd: Aug 09, 2019
                              Form ID: pdf010             Total Noticed: 30
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 11, 2019.
```
db             #+Stacey Snyder,    220 Country Ridge Drive,    Red Lion, PA 17356-8866
4898384         +Andrew J. Miller, Esq.,    137 E Philadelphia St,    York, PA 17401-2424
4876959         +Barclays Bank Delaware,    100 S West St,    Wilmington, DE 19801-5015
4915898        ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
                 (address filed with court: Columbia Gas of PA,      PO Box 117,    Columbus, OH   43216)
4882517         +Columbia Gas,    121 Champion Way,    Suite 100,    Canonsburg PA 15317-5817
4882519          Geico,   ATTN: Region 1 Return Policy Work,     PO Box 9500,    Fredericksburg VA 22403-9500
4876961        #+Jesse Eugene Haugh,    814 Taylor Road,    Windsor, PA 17366-9121
4930691         +Met-Ed,   FirstEnergy,    101 Crawford's Corner Rd,    Bldg 1 Ste 1-511,    Holmdel, NJ 07733-1976
4930386         +PNC Mortgage, a division of PNC Bank, NA,     ATTN: Bankruptcy,    3232 Newmark Drive,
                 Miamisburg, OH 45342-5421
4897233         +Penn Waste,    PO Box 3066,    York, PA 17402-0066
4882521         +Penn Waste,    85 Brick Yard Road,    Manchester PA 17345-9204
4876963         +Pnc Mortgage,    Po Box 8703,    Dayton, OH 45401-8703
4898385         +Red Lion Municipal Authority,     137 E Philadelphia St,    York, PA 17401-2424
4882522         +Red Lion Municipal Water,    11 E. Broadway,    Red Lion PA 17356-1401
4876965        ++TOYOTA MOTOR CREDIT CORPORATION,     PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                 (address filed with court: Toyota Motor credit Corp,      Po Box 8026,    Cedar Rapids, IA 52408)
5027306          Toyota Motor Credit Corporation,    c/o Becket and Lee LLP,     PO Box 3001,
                 Malvern   PA 19355-0701
4886796         +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4930709         +E-mail/Text: g20956@att.com Aug 09 2019 19:04:39      AT&T Mobility II LLC,
                 %AT&T SERVICES INC.,    KAREN A. CAVAGNARO  LEAD PARALEGAL,     ONE AT&T WAY, SUITE 3A104,
                 BEDMINSTER, NJ. 07921-2693
4913835         +E-mail/Text: bncmail@w-legal.com Aug 09 2019 19:04:32      COMENITY CAPITAL BANK,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
4876960         +E-mail/Text: csd1clientservices@cboflanc.com Aug 09 2019 19:04:38
                 Credit Bureau of Lancater County, Inc,    Po Box 1271,    Lancater, PA 17608-1271
4882518         +E-mail/Text: EBNProcessing@afni.com Aug 09 2019 19:04:31       DirecTV,    c/o AFNI, Inc,
                 1310 Martin Luther King Drive,    Bloomington IL 61701-1465
4927257         +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 09 2019 19:19:37       Directv, LLC,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
4882520         +E-mail/Text: bankruptcy@firstenergycorp.com Aug 09 2019 19:04:28      Met Ed,
                 c/o First Energy Corp,    76 South Main Street,    Akron OH 44308-1812
4931289          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 09 2019 19:30:04
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
4886070         +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 09 2019 19:08:15
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4876962         +E-mail/PDF: gecsedi@recoverycorp.com Aug 09 2019 19:08:14       PayPal Credit,   P.O. Box 5018,
                 Lutherville Timonium, MD 21094-5018
4876964         +E-mail/Text: Supportservices@receivablesperformance.com Aug 09 2019 19:04:42
                 Receivables Performance Mgmt,    Attn: Bankruptcy,    Po Box 1548,    Lynnwood, WA 98046-1548
5109872         +E-mail/Text: bncmail@w-legal.com Aug 09 2019 19:04:32      SYNCHRONY BANK,
                 c/o Weinstein & Riley, P.S.,    2001 Western Ave, Ste 400,    Seattle, WA 98121-3132
5109873         +E-mail/Text: bncmail@w-legal.com Aug 09 2019 19:04:32      SYNCHRONY BANK,
                 c/o Weinstein & Riley, P.S.,    2001 Western Ave, Ste 400,    Seattle, WA 98121,
                 SYNCHRONY BANK,    c/o Weinstein & Riley, P.S. 98121-3132
4876966         +E-mail/Text: lconey@whiterosecu.com Aug 09 2019 19:04:47       White Rosecu,    1529 Rodney Road,
                 York, PA 17408-9716
                                                                                               TOTAL: 13
```
```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4876958         Nathan Snyder,   removed per docket entry 27
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
cr*            +SYNCHRONY BANK,    c/o Weinstein & Riley, P.S.,    2001 Western Ave, Ste 400,
                 Seattle, WA 98121-3132
4886818*       +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
5004080*       +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
                                                                                    TOTALS: 1, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2019                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 9, 2019 at the address(es) listed below:
         Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
         Dawn Marie Cutaia    on behalf of Debtor 1 Stacey  Snyder dmcutaia@gmail.com,
          cutaialawecf@gmail.com;r46159@notify.bestcase.com
         James  Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
         James  Warmbrodt    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
         United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                           TOTAL: 5

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| Stacey Snyder fka Stacey Hall | Chapter: | 13 |
| Debtor 1 | Case No.: | 1:17-bk-00280-HWV |
| Charles J DeHart, III (Trustee) | | |
| vs. Movant(s) | | |
| Stacey Snyder fka Stacey Hall | | |
| Respondent(s) | | |

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

Dated: August 9, 2019

By the Court,

_____
Henry W. Van Eck, Bankruptcy Judge (JH)