# UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                                                                 Chapter 13

**Stacey Snyder**                                            Case NO. 17-00280
        **Debtor/Movant**

## MOTION TO CONVERT CASE FROM A CHAPTER 13 TO A CHAPTER 7

AND NOW, this 30th day of September 2019, the Debtor, by and through her attorney, Dawn M. Cutaia, files this Motion to Convert Case from a Chapter 13 to a Chapter 7 and in support thereof states the following:

1. Debtor filed a Chapter 13 bankruptcy on January 27, 2017.
2. Debtor's case was dismissed but subsequently reinstated on September 30, 2019
3. Debtor wishes to have her case converted to a Chapter 7.
4. Debtor's case has not previously been converted.

WHEREFORE, the Debtor respectfully requests this Honorable Court convert her case to a Chapter 7.

Respectfully Submitted,

By: /s/ Dawn M. Cutaia

Dawn M. Cutaia
Supreme Court ID 77965
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                       Chapter 13

Stacey Snyder                           Case NO. 17-00280
       Debtor(s)

## ORDER CONVERTING CASE

Upon consideration of Debtor's Motion to Convert Case to a Proceeding under Chapter 7 pursuant to 11 U.S.C. § 1307 (a), **IT IS HEREBY**:

       **ORDERED**, that the above-captioned case is converted to a proceeding under Chapter 7.