Certificate Number: 14912-PAM-DE-033887893

Bankruptcy Case Number: 17-00280


14912-PAM-DE-033887893

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 31, 2019, at 11:18 o'clock AM EST, Stacey Snyder completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: December 31, 2019

By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor